1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO RIOS, an individual,

          Plaintiff,

    v.

CAPITAL INSIGHT HOLDINGS,
COBBY POURTAVOSI, and
MOTEL 6 DISNEY LLC,

          Defendants.

Case No. 8:25-cv-00792-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 21] entered on or about June 21, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____July 18, 2025_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE